UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Motion GRANTED. Hearing reset for 2/4/14 at 1:30 p.m.

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 3:12-00127 |
| | ) Judge Trauger |
| DANNY MADISON | ) |

### MOTION TO CONTINUE SENTENCING HEARING

Now comes the defendant, Danny Madison, through counsel, and respectfully requests that this Honorable Court enter an order granting a continuance of the sentencing hearing presently set for **November 26, 2013**.

As grounds for this request, counsel states that Mr. Madison will be undergoing a mental health evaluation on January 22, 2014, and information obtained as a result of this evaluation may affect the outcome of the sentencing hearing.

A continuance until the first week of February, 2014, is requested.

Respectfully submitted,

s/ *C. Douglas Thoresen*
C. DOUGLAS THORESEN (BPR #004012)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047

### CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2013, I electronically filed the foregoing Motion to Continue Sentencing Hearing with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Clay Lee, Assistant United States Attorney, 110 Ninth Avenue South, Suite A961, Nashville, TN 37203.

s/ *C. Douglas Thoresen*
C. DOUGLAS THORESEN